**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                JERRY LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JERRY LOPEZ,<br><br>    Defendant. | Case No.: CR-F-05-0235<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**and**<br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the parties herein that the Informal Objections, formal Objections and sentencing in this case be continued as follows:

|  | Currently Due: | Continued to: |
|---|---|---|
| Probation Report | April 9, 2007 | April 30, 2007 |
| Informal Objections | April 23, 2007 | May 14, 2007 |
| Formal Objections | May 7, 2007 | May 28, 2007 |
| SENTENCING | May 14, 2007 | June 4, 2007 |

This continuance is requested by counsel for defendant due to calendar conflicts and not being able to schedule a Probation Meeting with the Probation Officer until March 29, 2007.

Counsel for defendant has spoken with Assistant U.S. Attorney,

1  STANLEY BOONE, who has no objection to this continuance.

2  DATED: March 28, 2007.          NUTTALL & COLEMAN

3                                  /S/ MARK W. COLEMAN

4                             By:  _____
                                   MARK W. COLEMAN
5                                  Attorneys for Defendant,

6

7
   DATED: March 28, 2007.          UNITED STATES ATTORNEYS
8                                  OFFICE

9                                  /s/ LAUREL MONTOYA
                              By:  _____
10                                 LAUREL MONTOYA
                                   Assistant U.S. Attorney
11

12

13                                **O R D E R**

14

15 IT IS SO ORDERED.

16 **Dated:   March 30, 2007**              **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28