**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
JERRY LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| **UNITED STATES OF AMERICA,** | **Case No.: CR-F-05-00235** |
|---|---|
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JERRY LOPEZ,** | |
| **Defendant.** | |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Defendant, JERRY LOPEZ'S, current date of surrender, August 16, 2007, be continued to September 13, 2007 <u>by 2:00 p.m.</u>, due to an ongoing medical condition.

**IT IS FURTHER ORDERED** that a Status Hearing regarding Mr. Lopez's medical condition be set for September 10, 2007, at <u>9:00 a.m.</u>

**IT IS FURTHER ORDERED** that defendant submit a letter prior to the Status hearing from his doctor updating the court on his medical condition.

IT IS SO ORDERED.

**Dated:   August 8, 2007**             **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE