**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                JERRY LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.:1:05-CR-00235 AWI |
| **Plaintiff,** | |
| **vs.** | ORDER EXONERATING BAIL |
| **JERRY LOPEZ,** | |
| **Defendant.** | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the following real property posted as security for bail in the amount of $100,000.00 on July 27, 2006, as Document 20060156418 in the Recorder's Office of the County of Fresno, State of California:

```
Owner:   Roger M. Garcia
Address: 2376 Tammy Lane, Selma, California 93662
APN:     358-433-07
```

IT IS SO ORDERED.

**Dated:   October 16, 2007**            /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE