PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00235-03 AWI** |
| ) | |
| JERRY LOPEZ ) | |

On June 4, 2007, the aforementioned was sentenced to a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervision. On September 7, 2010, Assistant United States Attorney, Stanley A. Boone submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA
United States Probation Officer**

Dated:   September 7, 2010
         Fresno, California
         AG

**REVIEWED BY:**   /s/ Hubert J. Alvarez
         **HUBERT J. ALVAREZ
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     **JERRY LOPEZ**
        **Docket Number:   1:06CR00235-03 AWI**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the offender, Jerry Lopez, be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    September 15, 2010                            _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE